IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 17-cv-0850 |
| v. | ) ) | |
| COBRA CONSTRUCTION COMPANY, INC. *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**FILED**
JUN 29 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

Upon consideration of the Stipulation of the parties, all claims of Plaintiff Bill Ousey, a fiduciary, as to Defendants, Cobra Construction Company, Inc. and Arizona Designs Project Management, LLC d/b/a ADPM, LLC, are dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 28, 2017

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge

4824-6326-9195, v. 1

Cobra_ Stipulation of Dismissal as to Plaintiff Ousey(1)